PD-1157-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/26/2016 3:13:51 PM
Accepted 9/26/2016 4:22:04 PM
ABEL ACOSTA
CLERK

NO. _____

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

| | |
|---|---|
| **GUSTAVO ANDRES VASQUEZ**<br>Appellant | Trial Court Number<br>1412198<br>230th District Court<br>Harris County, Texas |
| V. | |
| **THE STATE OF TEXAS** | Court of Appeals Number<br>14-15-00380-CR |

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

GUSTAVO VASQUEZ, Appellant, respectfully requests that the Court grant his motion to extend time to file his petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

I.

Appellant's conviction was affirmed on August 25, 2016 by the Fourteenth Court of Appeals in Cause No. 14-15-00380-CR. Appellant's Petition for Discretionary Review is due September 26, 2016. This is Appellant's first request for an extension to file his petition for discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS

September 26, 2016

ABEL ACOSTA, CLERK

## II.

Counsel will not be able to file the Petition for Discretionary Review as she has been working on the following cases in the last thirty days:

1. Counsel was in a jury trial in cause numbers 1458488 and 1458489 in the 178th District Court of Harris County from August 29, 2016 through September 7, 2016.

2. Counsel was assisting in the trial preparation in cause number 1498963 in the 208th District Court of Harris County which was in a jury trial from September 12, 2016 through September 15, 2016.

3. Counsel was assisting in the trial preparation in cause numbers 1493243, 1487387, and 1486914 in the 185th District Court of Harris County which was in a jury trial from September 12, 2016 through September 19, 2016.

4. Counsel was out with medical appointments for two days.

5. Counsel had to attend an unexpected funeral which also required being out of the office for half of a day.

## VI.

An extension of time is necessary so that the petition can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause and extend the time for filing the petition for at least thirty (30) days.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

*/s/ Frances Bourliot*

Frances Bourliot
State Bar No. 24062419
Harris County Public Defender's Office
1201 Franklin 13th Floor
Houston, Texas 77002
Tel: 713-274-6714
frances.bourliot@pdo.hctx.net

## CERTIFICATE OF SERVICE

I certify that on the 26th day of September 2016 a copy of the foregoing instrument has been electronically served upon the State of Texas.

*/s/ Frances Bourliot*

Frances Bourliot